UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:
COREY D. MERCIER,

                Debtor.
_____/

ANNEELENA FOSTER,

                Appellant,

vs.                            Case No.  2:05-cv-484-FtM-33SPC
                                    Bankr. No. 9:03-bk-15259-ALP

COREY D. MERCIER; WASHINGTON MUTUAL
BANK, F.A.,

                Appellees.
_____/

**ORDER**

This matter comes before the Court upon review of the docket.

On November 29, 2005, this Court entered an Order that granted Appellant an extension of time in which to file her appellate brief. (Doc. # 7). Appellant was given until December 30, 2005 to file such brief, and the record shows that her brief was not filed within that deadline. In addition, Appellant has failed to respond to an Order to Show Cause (Doc. # 9), which this Court issued on December 12, 2005.

Appellant's original deadline for filing an appellate brief pursuant to Fed. R. Bankr. P. 8009 was October 26, 2005. This Court's Order of November 29, 2005 stated, "Appellant's failure to

file her brief on or before December 30, 2005 could result in dismissal of the appeal without further warning." (Doc. # 7 at 2).[1]

Since the entry of the November 29, 2005 Order, no appellate brief or other submission by Appellant has been filed. Accordingly, the appeal is dismissed for want of prosecution.

Accordingly, it is now

**ORDERED**, **ADJUDGED,** and **DECREED:**

(1) The appeal in this case is hereby dismissed for want of prosecution.

(2) The clerk is directed to terminate all pending motions and deadlines and to close this case.

**DONE AND ORDERED** at Fort Myers, Florida, this <u>3rd</u> day of January, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Parties of Record

---

[1] It should also be noted that Appellant was warned of the possibility of dismissal due to failure to file her brief in an Order to Show Cause issued November 15, 2005 (Doc. # 5).